IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDY SYLVIAN,

    Plaintiff,

v.                         CASE NO. 4:10-cv-00055-MP -WCS

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation, regarding the Complaint, Doc. 1, Filed by Andy Sylvian. The Magistrate Judge has recommended the complaint be dismissed. No party has filed an objection to the recommendation, and the time for doing so has passed. Finding no plain error, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED and incorporated herein.

    2.    The Complaint, Doc. 1, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

    3.    The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this   *29th* day of October, 2010

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge